IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| TROY LUCAS and JACKIE LUCAS, | CV-16-12-BU-BMM |
| Plaintiffs, | **ORDER** |
| v. | |
| BT-OH LLC, MONTBILL INC., and JOHN DOES 1-10, | |
| Defendants. | |

**IT IS HEREBY ORDERED** that Motion Hearing and Status Conference set for **Thursday, July 27, 2017 at 10:00 a.m.** will now be held at the **Missouri River Federal Courthouse, Great Falls, Montana**.

DATED this 13th day of June, 2017.

_____
Brian Morris
United States District Court Judge