IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| TROY LUCAS and JACKIE LUCAS,<br><br>Plaintiffs,<br><br>v.<br><br>BT-OH LLC, MONTBILL INC., and JOHN DOES 1-10,<br><br>Defendants. | CV-16-12-BU-BMM<br><br>**ORDER** |

Upon Plaintiffs' Conditional Motion to Amend Scheduling Order, Vacate Trial and Set Telephonic Status Conference, (Doc. 75) and with good cause shown, **IT IS HEREBY ORDERED** that Final Pretrial Conference and Jury Trial in this matter are **VACATED.** A telephonic status conference is set for Wednesday, August 23, 2017 at 2:30 p.m. The Court will contact the parties with the call-in number.

DATED this 16th day of August, 2017.

Brian Morris
United States District Court Judge

-1-